

U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 29, 2008

*Via Facsimile*

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

    Re:    United States v. Damien Anthony Scanlon,
           08 Cr. 150 (NRB)

Dear Judge Buchwald:

       The Government respectfully requests that Your Honor schedule the next pre-trial conference in the above-referenced matter for May 23, 2008, at 4:00 p.m. In addition, the Government requests the exclusion of speedy trial time from today through May 23, 2008, to allow the parties to discuss a possible disposition in this matter.

                                    Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney

                       By:    _____
                                  Kenneth Allen Polite, Jr.
                                  Assistant United States Attorney
                                  (212) 637-2412

cc:    Sabrina P. Shroff, Esq. (via facsimile)

[Handwritten endorsement: "So Ordered" with judge's signature, 4/30/08]