MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

May 21, 2008

BY HAND

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Scanlon**
    08 Cr. 00150 (NRB)

Hon. Judge Buchwald:

I write to request an adjournment of the status conference on the above indictment. The government and defense are in plea discussions and we request an adjournment to June 30, 2008. AUSA Polite consents to this request.

To that end, we request that the time between ~~June~~ 4, 2008 and June 30th, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

[Handwritten: May 23 ***** 4 pm / So Ordered. Naomi Reice Buchwald USDJ 5/22/08]

Respectfully submitted,

Sabrina P. Shroff

cc: K. Polite, AUSA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/08