U.S. Department of Justice



United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

June 29, 2008

*Via Facsimile*

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 3 0 2008
UNITED STATES DISTRICT JUDGE

Re:   United States v. Damien Anthony Scanlon,
      08 Cr. 150 (NRB)

Dear Judge Buchwald:

The Government respectfully requests a thirty-day adjournment of the next pre-trial conference in the above-referenced matter, currently scheduled for June 30, 2008. In addition, the Government requests the exclusion of speedy trial time from today through the date of the next conference, to allow the parties to discuss a possible disposition in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412
(212) 637-2387 [fax]

cc:   Sabrina P. Shroff, Esq. (via facsimile)

*[Handwritten endorsement:]* Upon the request of the parties, the conference is adjourned until September 17, 2008 at 2:30 p.m. Speedy Trial Time excluded. 18 U.S.C. §3161(h)(8)(A). So Ordered. Naomi Reice Buchwald USDJ 7/3/08